

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR 2 7 2025

CLERK, U.S. DISTRICT COURT
By_____
Deputy

UNITED STATES OF AMERICA

v.

KIMIONTE BENNETT (01)

No. 7:25-MJ- 012

## CRIMINAL COMPLAINT

I, Special Agent Alexander Ping, being duly sworn, depose and state the

following is true and correct to the best of my knowledge and belief:

### ALLEGED OFFENSE: WIRE FRAUD CONSPIRACY

From in or about November 2021, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendant **Kimionte Bennett (the "Defendant")**, along with others known and unknown, did knowingly and willfully combine, conspire, confederate, and agree to violate 18 U.S.C. § 1343, that is, to devise and intend to devise a scheme and artifice to defraud and to obtain property by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme and artifice, transmitted and caused to be transmitted by means of wire communications in interstate and foreign commerce, writings, signs, signals, pictures, and sounds, all in violation of 18 U.S.C. § 1349.

### INTRODUCTION AND AGENT OVERVIEW

1. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), in that I am empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516.

2. I am a Special Agent with the Federal Bureau of Investigation (FBI). I have been employed as an FBI Special Agent since December 2020. I am currently assigned to the Dallas Division of the FBI, where I investigate violations of federal law involving computer

Criminal Complaint – Page 1 of 10

crimes, such as malicious computer activity, computer intrusions, and Internet-linked fraud schemes. Prior to my employment with the FBI as a Special Agent, I was an FBI Staff Operations Specialist and an Operational Support Technician for approximately four years on the Cyber Crimes squad of the Atlanta Division of the FBI. In both capacities, I assisted in the investigation of computer crimes such as malicious computer activity, computer intrusions, and Internet-linked fraud schemes. Furthermore, as a Staff Operations Specialist, I collected, analyzed, and disseminated intelligence related to computer crimes. Based on my training and experience, I have learned that individuals perpetrating computer intrusions and Internet-linked fraud schemes employ techniques, either singularly or in combination, to further their illegal activities and to avoid detection by law enforcement. These techniques include utilizing web-based email accounts and other electronic messaging accounts to send, receive, store, and obtain personal identifying information, such as Social Security numbers, dates of birth, bank and credit card account numbers, and related information; utilizing software programs or "spoof" websites or email accounts to dupe email recipients and others into downloading malicious software aimed at tracking and causing those individuals to unwittingly reveal or provide their personal identifying information or log-in credentials; the licensing and use of shell businesses to open multiple corporate bank accounts for the receiving and transferring of money in furtherance of their schemes.

3.     The facts set forth in this Affidavit are based upon my personal observations, my training and experience, and information obtained from other law enforcement agents and witnesses. Because this affidavit is being submitted for the limited purpose of supporting the issuance of a criminal complaint and arrest warrant for the defendant, I have not set forth in

this affidavit everything that I have learned as a result of this investigation. Rather, I have set forth only those facts I believe are necessary to establish probable cause that violations of federal law have been committed.

4.    Based on my training, experience, participation in this investigation, and the facts as set forth in this affidavit, there is probable cause to believe that **Bennett** has violated 18 U.S.C. § 1349, that is, wire fraud conspiracy.

## PROBABLE CAUSE

### Background Information

5.    At all times relevant to the conspiracy and scheme to defraud:

6.    A "SIM" card is an acronym for a Subscriber Identity Module card, which is a chip located inside a cell phone that stores information identifying and authenticating a cell phone subscriber. When a cell phone carrier reassigns a phone number from one physical phone to another—such as when a customer purchases a new phone but wants to retain the same number—the carrier switches the assignment of the cell phone number from the SIM card in the old phone to the SIM card in the new phone. This process is sometimes called "porting" a number. "SIM swapping" is a term for essentially the same process conducted without the authorization of the individual who legitimately controls the phone number.

7.    Cybercriminals generally engage in SIM swapping by convincing a victim's cell phone carrier to reassign the victim's cell phone number from the SIM card inside the victim's cell phone to the SIM card inside a cell phone controlled by the cybercriminals. For example, the cybercriminal may pose as the victim and claim their cell phone was lost or damaged, and that they need to have their number transferred to another cell phone.

Alternatively, the cybercriminal may claim to be a representative of the carrier working at a local store, with a customer who needs to have their number ported to a new device. Additionally, cybercriminals may pay, influence, or cause cell phone carrier employee(s) to perform unauthorized SIM swaps.

8.      An "account takeover" is a technique that cybercriminals use to take control of a victim's online account(s) (e.g., a victim's email, social media, or cryptocurrency accounts) without authorization. Cybercriminals use a variety of techniques to conduct account takeovers. For example, cybercriminals who successfully SIM swap a victim may then pose as the victim with an online account provider and request that the provider send account password-reset links or an authentication code to the SIM-swapped device now controlled by the cybercriminals. The cybercriminals can then reset the victim's account login credentials (e.g., username and password), even if the victim has tried to secure the account by requiring that an authentication code be sent (often referred to as "two-factor-authentication" or "multi-factor-authentication"). Cybercriminals can then use the login credentials to access the victim's account without authorization (i.e., "hack into" the account).

9.      In a SIM swapping scheme, one or more individuals often play the role of the "holder." A holder physically holds the SIM card and provides the SIM card number to a coconspirator with access to the phone carrier's systems. After the phone number is swapped, the holder would then receive the victim's phone calls and text messages. A holder could then complete the account takeover process and access the victim's accounts or pass the victim's credentials to another coconspirator.

10. Cryptocurrency is an umbrella term for a digital currency in which encryption and/or cryptographic techniques are used to regulate the generation of units of currency and verify the transfer of funds, generally with relative anonymity. Popular examples of cryptocurrencies include Bitcoin and Ethereum. Holders of cryptocurrency can maintain "wallets" and online accounts with cryptocurrency exchanges such as Coinbase and Binance.

11. Bitcoin is a type of decentralized cryptocurrency that exists virtually and not in any physical form. Each Bitcoin transaction is recorded onto the "blockchain" in a manner that is unable to be modified after each block of transactions is finalized.

12. Bitcoin is a type of decentralized cryptocurrency that exists virtually and not in any physical form. Each Bitcoin transaction is recorded onto the "blockchain" in such a manner which is unable to be modified after each block of transactions is finalized.

13. Based on my training and experience, I know that cybercriminals who engage in SIM swapping, account takeovers, and cryptocurrency theft collaborate with one another online, using various online monikers, in underground forums or messaging services/platforms such as "Telegram," OGUsers", and "Hackforums," as well as using real-time communications platforms.

14. Cell Company-1 is a nationwide provider of cellular telephone service.

15. The defendant, **Kimionte Bennett** (hereinafter "**Bennett**"), was a resident of Irving, Texas.

16.    Leticia Contreras was a resident of Dallas, Texas and worked at a Cell Company-1 store in Dallas, Texas. She pled guilty to conspiracy to commit wire fraud on February 19, 2025. *See* Case No. 7:25-CR-5-O, Dkt. 13.

17.    Coconspirator-1 was a resident of Houston, Texas and worked at a Cell Company-1 store in Houston, Texas.[1]

18.    Victim-1 was a resident of West Des Moines, Iowa.[2]

19.    Victim-2 was a resident of Wichita Falls, Texas.

20.    Victim-3 was a resident of Bloomfield Township, Michigan.

21.    Coinbase is a cryptocurrency exchange and cryptocurrency account provider headquartered in Oakland, California.

## Purpose of the Conspiracy and Scheme to Defraud

22.    The purpose of the conspiracy and scheme to defraud was to use interstate wires to unlawfully enrich **Bennett** and his coconspirators by gaining unauthorized access to the computer networks of wireless and other electronic account providers and using that unauthorized access to take control of victims' cryptocurrency accounts and steal cryptocurrency.

## Manner and Means of the Conspiracy and Scheme to Defraud

23.    The manner and means by which Bennett and his coconspirators sought to accomplish the purpose of this conspiracy and scheme included, among the other things, the following:

---

[1] This person's identity is known to me.
[2] The identities of all of the victims are known to me.

24. In or about early November 2021, **Bennett** recruited Contreras and Coconspirator-1 to use their access as Cell Company-1 employees to conduct unauthorized SIM Swaps on victim telephone numbers to allow **Bennett** and other coconspirators to take over victims' cryptocurrency accounts. To perform a SIM swap, **Bennett** messaged either Contreras or Coconspirator-1 via an encrypted messaging app with the victim's telephone number, along with the "holder" cell phone and SIM card identifiers. In return for performing these unauthorized SIM swaps, **Bennett** paid Contreras and Coconspirator-1 either in cryptocurrency or U.S. Dollars via the popular peer-to-peer payment platform CashApp. Once **Bennett** and his coconspirators had access to a victim's telephone number, they would use it to access and deplete the victims' Coinbase cryptocurrency accounts. These SIM swaps and account takeovers involved the use of interstate wires, including interstate wires into, through, and out of the Northern District of Texas.

25. For example, on or about November 3, 2021, **Bennett** induced Contreras to perform a SIM swap on Victim-1's phone number, causing interstate wires to be sent into, through, and out of the Northern District of Texas. **Bennett** and other coconspirators then used their control of Victim-1's phone number to access and deplete Victim-1's cryptocurrency account and steal approximately $245,000 worth of cryptocurrency. Shortly before Contreras performed the SIM swap on Victim-1's telephone number, **Bennett** sent Contreras approximately $500 from the Northern District of Texas to the CashApp account controlled by Contreras as payment for Contreras performing a SIM swap on Victim-1's phone number.

26.     Similarly, on or about November 9, 2021, **Bennett** induced Contreras to perform a SIM swap on Victim-2's phone number, causing interstate wires to be sent into, through, and out of the Northern District of Texas. **Bennett** and other coconspirators then used their control of Victim-2's phone number to access and deplete Victim-2's cryptocurrency account and steal approximately $60,000 worth of cryptocurrency. The following day **Bennett** sent Contreras approximately $2,000 from the Northern District of Texas to the CashApp account controlled by Contreras as payment for Contreras performing a SIM swap on Victim-2's phone number.

27.     Similarly, on or about November 13, 2021, **Bennett** induced Coconspirator-1 to perform a SIM swap on Victim-3's phone number, causing interstate wires to be sent into, through, and out of the Northern District of Texas. **Bennett** and other coconspirators then used their control of Victim-3's phone number to access and deplete Victim-3's cryptocurrency account and steal approximately $1,100,000 worth of cryptocurrency. Bennett sent Coconspirator-1 approximately $3,000 worth of cryptocurrency from the Northern District of Texas to a cryptocurrency account controlled by Coconspirator-1 as payment for Coconspirator-1 performing a SIM swap on Victim-6's phone number.

28.     Approximately one day before Victim-1's SIM swap and account takeover, **Bennett** sent an audio message to another coconspirator, explaining the scheme as follows:

> *So basically bro, when you wire from somebody else's account you get two codes. You send the code to whatever number is on file. With certain logs...I mean the carrier be* [Cell Company-1] *which of course that's where* [Contreras] *will come in. And uh...basically what I need* [Contreras] *to do is SIM Swap to where*

*whatever...whatever number is on file those messages come to my phone, so that way whenever I put the wire in when they send the code for me to wire it'll come to my phone and then I put my information in and blah blah blah and then it'll send another code to that number, but that number is going to be connected to whatever-phone-that-I-have type shit. And then, after the play go through and then the money...uh...send from that account to the next account, [Contreras] can just switch that shit back.*

29.    In addition, on or about the same day as Victim-1's SIM swap and account takeover was performed, **Bennett** sent a text message that stated:

*"Shit it's free money bro lol we all Fina eat good on god it's literally free money. I'm forming me a lil jugg[3] team too. This gone be the beginning of the jugg team. And nah lol Bank Logs is basically somebody else bank acct. with bank accts they have phone #s attatched to them. If the bank log carrier has [Cell Company-1] that's where [Contreras] come in to help me wire the bread off. For me to get the codes to come to my phone to let the wire go through."*

30.    It was also part of the conspiracy and scheme that **Bennett** and other coconspirators drained the victims' Coinbase cryptocurrency accounts, primarily using a series of small transactions in order to attempt to avoid alerting the victim or the cryptocurrency platform.

31.    In less than two weeks in November 2021, **Bennett** and his coconspirators stole a total of approximately $1,700,000 worth of cryptocurrency from seven victims as a result of their conspiracy and scheme.

---

[3] I know from my training and experience that the term 'jugg' is slang for fraud/theft. I also know that **Bennett** has used the term 'logs' as slang for logins.

Criminal Complaint – Page 9 of 10

## CONCLUSION

32.    Based upon the foregoing facts and information, there is probable cause to believe that **Kimionte Bennett** along with others known and unknown, did knowingly and willfully combine, conspire, confederate, and agree to violate 18 U.S.C. § 1343, in violation of 18 U.S.C. § 1349.

Alexander Ping
Special Agent
Federal Bureau of Investigation
Department of Justice

Sworn to before me and subscribed in my presence, March **27**, 2025, in Fort Worth, Texas, at **1: 26** a.m / p.m.

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

Criminal Complaint – Page 10 of 10