IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

UNITED STATES OF AMERICA

v.                                             No. 7:25-CR-18-O

KIMIONTE BENNETT (01)

## FACTUAL RESUME

I.    Plea: The defendant is pleading guilty to the following count of the Indictment:

    a.    **Count One**: Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. § 1349 (18 U.S.C. § 1343)

II.   Penalties: The maximum penalties the Court can impose for **Count One** include:

    a.    imprisonment for a period not to exceed 20 years;

    b.    a fine not to exceed $250,000, or twice any pecuniary gain to the defendant or loss to the victim(s);

    c.    a term of supervised release not to exceed three years, which may be mandatory under the law and will follow any term of imprisonment. If the defendant violates any condition of supervised release, the Court may revoke such release term and require that the defendant serve any or all of such term as an additional period of confinement;

    d.    a mandatory special assessment of $100;

    e.    restitution to victims or to the community, which may be mandatory under the law, and which the defendant agrees may include restitution arising from all relevant conduct;

    f.    forfeiture; and

    g.    costs of incarceration and supervision.

III.    <u>Elements of the Offense:</u> The government must prove the following elements as to **Count One** of the Indictment:

<u>First:</u>        That the defendant and at least one other person made an agreement to commit the crime of wire fraud, in violation of 18 U.S.C. § 1343, as charged in the information;

<u>Second:</u>    That the defendant knew the unlawful purpose of the agreement; and

<u>Third:</u>        That the defendant joined in the agreement willfully, that is, with the intent to further the unlawful purpose.

The elements of wire fraud—the object of the offense—are as follows:

<u>First:</u>        That a scheme to defraud existed;

<u>Second:</u>    That the scheme to defraud employed false material representations or pretenses;

<u>Third:</u>        That the defendant transmitted or caused to be transmitted by way of wire communications, in interstate or foreign commerce, any writing, signal, or sound for the purpose of executing such scheme;

<u>Fourth:</u>      That the defendant acted with a specific intent to defraud.

IV.    <u>Stipulated Facts:</u>

A "SIM swap" refers to a fraud technique in which cybercriminals gain control of a victim's cell phone number by transferring the victim's phone number to a SIM card controlled by the cybercriminals such that phone calls and texts sent to the victim are diverted to the cybercriminals' phone. Cybercriminals then use their control over a victim's phone number to reset passwords and authenticate access to the victim's cryptocurrency accounts. Cybercriminals then steal the victim's cryptocurrency.

Cell Phone Company-1 is a nationwide provider of cell service. The defendant, **Kimionte Bennett,** was a resident of Irving, Texas. Leticia Contreras was a resident of Dallas, Texas and worked at a Cell Phone Company-1 store in Dallas, Texas. Osvaldo Guajardo was a resident of Houston, Texas and worked at a Cell Phone Company-1 store in Houston, Texas.

From on or about November 2, 2021 through on or about November 14, 2021, in the Wichita Falls Division of the Northern District of Texas and elsewhere, **Bennett** agreed and conspired with others known and unknown to commit wire fraud. It was part of the conspiracy and scheme that **Bennett** recruited Leticia Contreras and Osvaldo Guajardo to use their access as a Cell Phone Company-1 employees to conduct unauthorized SIM swaps to allow **Bennett** and other coconspirators to take over victims' cryptocurrency accounts. Once **Bennett** and his coconspirators had access to a victim's account, the coconspirators stole the victims' cryptocurrency. The SIM swap and account takeovers involved the use of interstate wires, including interstate wires into, through, and out of the Northern District of Texas.

On or about November 9, 2021, **Bennett** arranged for Leticia Contreras to perform a SIM swap on Victim-1's phone number, causing interstate wires to be sent into, through, and out of the Wichita Falls Division of the Northern District of Texas. **Bennett** and other coconspirators then used their control of Victim-1's phone number to access Victim-1's cryptocurrency account and steal approximately $60,000 worth of cryptocurrency.

In less than two weeks, **Bennett** and his coconspirators stole at least $1,700,000 worth of cryptocurrency as a result of their conspiracy and scheme.

AGREED AND STIPULATED on this _19th_ day of _September_ , 2025.


KIMIONTE BENNETT
Defendant

DAVID HUDSON
Attorney for the Defendant

Factual Resume – Page 3